UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SOLON TATUM,

    Defendant.

_____/

CASE No. 1:17-cr-193-7

HON. ROBERT J. JONKER

## **ORDER**

The matter came up for hearing on defense counsel's motion to withdraw as counsel (ECF No. 671) and on Defendant Tatum's Notice of Self-Representation, docketed by the Clerk as a Pro Se Motion to Withdraw Attorney (ECF No. 675).  Based on all matters of record, and for the reasons recited from the bench, **IT IS ORDERED:**

1. Defense counsel's motion to withdraw as attorney (ECF No. 671) is **GRANTED.**

2. Defendant Tatum's notice of self-representation, construed as a motion, (ECF No. 675) is **GRANTED.**  Defendant Tatum is permitted to represent himself *pro se* through the sentencing phase of his case.

3. The Public Defender shall appoint stand-by counsel for Defendant Tatum.

4. Material subject to the Court's protective order shall not be shared with a non-attorney third party including, without limitation, the individual Defendant Tatum has apparently named as a power of attorney.

5. Withdrawing defense counsel is authorized to release material subject to the Court's protective order only to stand-by counsel for Defendant Tatum.  Stand-by counsel will

then work with Defendant Tatum and counsel for the government to ensure that Defendant Tatum has access to the materials he needs for successful self-representation through the sentencing phase of the case. If there are any disclosure disputes these parties cannot resolve, the issues must be presented on motion to the Court.

Dated:   January 15, 2019                     /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           CHIEF UNITED STATES DISTRICT JUDGE