UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOLON TATUM,<br><br>Defendant. | CASE NO. 1:17-CR-193<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:  HONORABLE RAY KENT
     UNITED STATES MAGISTRATE JUDGE
     WESTERN DISTRICT OF MICHIGAN

Now comes Alexis M. Sanford, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about January 15, 2026, a Petition for Warrant or Summons for Offender Under Supervision was returned against the defendant, charging him with violating conditions of his supervised release.

2. An initial appearance was held on February 2, 2026. At the conclusion of that hearing, defendant was released on bond. The defendant was then arrested on a state warrant and is currently incarcerated at the Kent County Correctional Facility.

3.  The court has scheduled a motion hearing in this matter for February 5, 2026, at 10:30 a.m.  Defendant cannot be produced and appear before this Court for the hearing on February 5, 2026, without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Kent County Correctional Facility, and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on February 5, 2026, at 10:30 a.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Kent County Correctional Facility.

                                  TIMOTHY VERHEY
                                  United States Attorney

Dated: February 4, 2026        /s/ Alexis M. Sanford
                                  ALEXIS M. SANFORD
                                  Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable February 5, 2026, for a hearing before the Honorable Ray Kent, United States Magistrate Judge in Grand Rapids, Michigan.

Dated: _____        _____
                                          RAY KENT
                                          United States Magistrate Judge